Case No. 25–30541

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**Derek Brown; Julia Barecki-Brown**

Plaintiffs – Appellants

v.

**Derrick Burmaster; Shaun Ferguson; New Orleans City,**

Defendants – Appellees.

On Appeal from the United States District Court,
Eastern District of Louisiana,
Civil Action No. 22-cv-00847,
Honorable Eldon E. Fallon, Presiding

———————————

# MOTION FOR LEAVE FOR TIME TO FILE RECORD EXCERPTS AND REINSTATE APPEAL

———————————

| | |
|---|---|
| William Most (No. 36914) | Tarak Anada (No. 31598) |
| David Lanser (No. 37764) | Patrick Van Burkleo (No. 41471) |
| MOST & ASSOCIATES | JONES WALKER LLP |
| 201 St. Charles Ave, Ste. 2500 #9685 | 201 St. Charles Ave. |
| New Orleans, LA 70170 | New Orleans, LA 70170 |
| Telephone: (504) 509-5023 | Telephone: (504) 582-8322 |
| williammost@gmail.com | tanada@joneswalker.com |

*Counsel For Plaintiffs-Appellants*

1

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons as described in the fourth sentence of 5th Cir. Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Derek Brown, Plaintiff-Appellant
2. Julia Barecki-Brown, Plaintiff-Appellant
3. William Most, Most & Associates, Counsel for Appellants
4. Hope Phelps, Most & Associates, Counsel for Appellants
5. David Lanser, Most & Associates, Counsel for Appellants
6. Tarak Anada, Jones Walker LLP, Counsel for Appellants
7. Patrick Van Burkleo, Jones Walker LLP, Counsel for Appellants
8. Derrick Burmaster, Appellee[1]
9. Donesia Turner, Counsel for Appellees
10. James Roquemore, Counsel for Appellees
11. Corwin St. Raymond, Counsel for Appellees

                                     */s/ William Most*
                                     William Most
                                     *Attorney of record for Plaintiffs-Appellants*

---

[1] The other individual appellee named in the caption, former NOPD Chief Shaun Ferguson, was dismissed from the case. *See* ROA.5947. Therefore, he does not constitute an interested party.

## Certificate of Conference

Pursuant to 5th Cir. R. 27.4, undersigned counsel for Plaintiff-Appellee attempted to contact James Roquemore, counsel for Defendant-Appellant by email and telephone, but was unable to reach him.

/s/ *William Most*
William Most
*Attorney of record for Plaintiffs-Appellants*

## Motion for Time to File Record Excerpts and Reinstate Appeal

In this case, the Court dismissed Plaintiffs' appeal for want of prosecution, because they did not file their record excerpts by the December 23, 2025 deadline. Plaintiffs ask this Court to grant them a very short period – perhaps forty-eight hours – within which to file their record excerpts, and reinstate the appeal. The cause for this request is the error of Plaintiffs' counsel.

### I.     Procedural Background

After judgment in the trial court, the Plaintiffs and the City both filed notices of appeal.[2] The Court of Appeal docketed the matter as two separate appeals: *Brown v. Burmaster* (25-30541) for the Plaintiffs' appeal, and *Brown v. City of New Orleans* (25-30543) for the City's appeal. The City ultimately withdrew its appeal.

On October 31, 2025, this Court issued a briefing notice indicating that plaintiffs' brief was due on December 10, 2025. Rec. Doc. 22.

On December 9, 2025, plaintiffs timely filed their brief. Rec. Doc. 23. The Court set a deadline of December 23, 2025 for plaintiffs' record excerpts. *Id.* Plaintiffs did not file their record excerpts by that date. On December 31, 2025, the Court issued an order dismissing the case per 5th Cir. R. 42.3 "for want of prosecution" for failing to timely file the record excerpts. Rec. Doc. 24.

---

[2] ROA.5915-5916.

## II.   Discussion

5th Circuit Rule 26.2 requires "timely filing of all papers within the time period allowed by the rules, without extensions of time, except for good cause." Here, Plaintiffs seek a short extension of time to file their record excerpts for good cause: the potentially excusable error of their counsel.

After reviewing the record, undersigned counsel sees that he erred here. Almost simultaneous with filing of the opening brief in this case, this Court issued an order setting a deadline for record excerpts in another case handled by undersigned counsel. *See Banner v. Wright,* 25-30381, Rec. Doc. 27 (5th Cir. Dec. 10, 2025) (setting December 15, 2025 deadline for record excerpts).

It appears that undersigned counsel erroneously saved the *Banner v. Wright* order to the *Brown v. Burmaster* file, calendared the deadline for *Banner*, and timely complied with it. *See id.,* Rec. Doc. 30 ("Paper copies of Record Excerpts filed by Appellant Ms. Joy Banner in 25-30381 received.") But in saving the document to the wrong appellate file, counsel failed to calendar the *Brown v. Burmaster* record-excerpt deadline, which led to the failure to file the excerpts.

Plaintiffs proffer that the facts here do not evince a lack of prosecution; they timely filed a compliant opening brief a day before the deadline. And there will be no prejudice to appellee, given that Plaintiff will consent to any requested extension for

their response brief. And given the real legal issues on appeal, Plaintiffs suggest that the interests of justice will be better served by the granting of a very short window to file the record excerpts, rather than dismissal.

### III.   Conclusion

Given these facts, Plaintiffs pray that the Court grant them a short period to file the record excerpts and reinstate the appeal.

Respectfully submitted by,

*/s/ William Most*
William Most (No. 36914)
Hope Phelps (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave, Ste. 2500 #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

Tarak Anada (No. 31598)
Patrick Van Burkleo (No. 41471)
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8322
tanada@joneswalker.com

*Counsel For Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, December 31, 2025, a copy of the brief for Appellants was served via electronic filing with the Clerk of Court and all registered ECF users by using the CM/ECF system.

*/s/William Most*
William Most
*Counsel For Plaintiff-Appellant*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A), and 5th Cir. Rule 27.4 undersigned counsel certifies that:

1. This brief complies with the type-volume limitation because it contains 516 words on 3 pages, excluding parts of the brief exempted by F.R.A.P. 32(f).

2. This brief complies with the typeface requirements of F.R.A.P. 32(a)(5) and the type style requirements of F.R.A.P. 32(a)(6) because this brief has been prepared in Microsoft Word using 14-point Equity font.

*/s/ William Most*
William Most
*Counsel For Plaintiffs-Appellants*
